McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Deborah A. Byron, #105327
  *deborah.byron@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants, County of Calaveras
and Heather Gordon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA FARMER,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF CALAVERAS, a Government Entity; HEATHER GORDON, individually and in her official capacity as a Sheriff Deputy for the Calaveras County, and DOES 1-50, individually and in their official capacities as peace officers, jointly and severally,<br><br>        Defendants. | Case No. 2:17-CV-01786-TLN-DB<br><br>**STIPULATION AND ORDER FOR TRANSFER OF VENUE (Civ. L.R. 120(f))**<br><br>The Hon. Troy L. Nunley<br><br>Trial Date:    None Set |

     Plaintiff ANGELA FARMER, acting by and through her attorney of record, and defendants COUNTY OF CALAVERAS and HEATHER GORDON, acting by and through their attorney of record, having met and conferred regarding venue for this action, agree that venue for this action is proper in the United States District Court sitting in Fresno, California. Therefore, the parties, under Local Rule 120(f) of the United States District Court, Eastern District of California, stipulate to and respectfully request the following order:

     1.    Venue for this action shall be transferred to the United States District Court sitting in Fresno, California.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION AND ORDER FOR TRANSFER OF VENUE (Civ. L.R. 120(f))

| | | |
|---|---|---|
| Dated: December 29, 2017 | | LAW OFFICES OF JUSTIN KIRK TABAYOYON |

By: */s/ Justin Kirk Tabayoyon*
JUSTIN KIRK TABAYOYON
Attorneys for Plaintiff, Angela Farmer

Dated: December 29, 2017     McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Deborah A. Byron*
Deborah A. Byron
Attorneys for Defendants, County of Calaveras and Heather Gordon

**ELECTRONIC CASE FILING ATTESTATION**

I, Deborah A. Byron, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

DATED: December 29, 2017     */s/ Deborah A. Byron*
DEBORAH A. BRYON
Attorney for Defendants, County of Calaveras and Heather Gordon

**ORDER**

IT IS SO ORDERED.

Dated: January 2, 2018

_____
Troy L. Nunley
United States District Judge

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION AND ORDER FOR TRANSFER OF VENUE (Civ. L.R. 120(f))