# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA FARMER,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF CALAVERAS, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00009-DAD-SAB<br><br>ORDER RE NOTICE OF CONTINGENT SETTLEMENT REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 31) |

On April 26, 2019, the parties filed a stipulation notifying the Court that the parties have reached a tentative settlement agreement pending approval by the Calaveras County Board of Supervisors, and requesting until July 15, 2019, to file dispositional documents. (ECF No. 31.)

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before July 15, 2019.

IT IS SO ORDERED.

Dated: __**April 29, 2019**__

                                                    UNITED STATES MAGISTRATE JUDGE

1